STATE, *ex rel.* Richards, v. S. E. STONE, Sheriff.

185 So. 730.
En Banc.
Opinion Filed January 11, 1939.

*William W. Judge,* for Relator;

*George Couper Gibbs,* Attorney General, and *John L. Graham,* Assistant Attorney General, for Respondent.

PER CURIAM.—By authority of the opinion of the Court this day rendered in the case of State of Florida, *ex rel.* Latour, v. Stone, 135 Fla. 816, 185 So. 729, the petitioner is remanded to the custody of the sheriff of Volusia County.

TERRELL, C. J. and WHITFIELD, BROWN, BUFORD, CHAPMAN, and THOMAS, J. J., concur.